## MADHVI MEHRA *v.* KARANKUMAR MEHRA (4977)

HULL, SPALLONE and BIELUCH, Js.

Submitted on briefs March 9—decision released March 10, 1987

*Charles T. Busek* filed a brief for the appellant (defendant).

*Richard L. Albrecht* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.